7 F.3d 224
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
SAMUEL JONES, Plaintiff-Appellant,
v.
CITY OF VIRGINIA BEACH; Meyera E. Oberndorf, or her
successor in interest, individually and in their official
capacity as mayor of the City of Virginia Beach, Virginia;
Charles R. Wall, individually and in his official capacity
as chief of the City of Virginia Beach Police Department;
G. L. Wylie, III, individually and in his official capacity
as officer of the City of Virginia Beach Police Department,
Defendants-Appellees.
 No. 93-6728.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: August 20, 1993.
Decided: September 23, 1993.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.
 Samuel Jones, Appellant Pro Se.
 E.D.Va.
 AFFIRMED
 Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Samuel Jones filed suit under 42 U.S.C. § 1983 (1988) and sought leave to proceed in forma pauperis. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Plaintiff failed to comply with the fee order. Plaintiff appeals. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED